**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10292 |
| Plaintiff - Appellee, | D.C. No. 2:15-cr-00122-JJT |
| v. | |
| GUADALUPE ANTONIO CASTILLO-ALVARADO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John J. Tuchi, District Judge, Presiding

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Guadalupe Antonio Castillo-Alvarado appeals from the district court's

judgment and challenges the sentence of 13 months and one day imposed

following his guilty-plea conviction for possession with intent to distribute

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

marijuana and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(D) and 18 U.S.C. § 2. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Castillo-Alvarado's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Castillo-Alvarado the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Castillo-Alvarado waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**